JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MESHELLE R. MCGREW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>Defendants. | CASE NO.: 5:25-cv-03462-JFW-CTSx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Courtroom: 7A<br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Christina T. Shay<br>Complaint Filed: October 15, 2025<br>Trial Date: April 27, 2027 |

After full consideration of the parties' executed Joint Request Dismissing Action with Prejudice under Federal Code of Civil Procedure 41(a), IT IS HEREBY ORDERED that Plaintiff MESHELLE R. MCGREW's Complaint and this entire action, including all claims against Defendant WAL-MART ASSOCIATES, INC., are dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 23, 2026

Honorable John F. Walter
UNITED STATE DISTRICT JUDGE